IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PITTSBURGH LOGISTICS SYSTEMS, INC., on its own behalf and as assignee and subrogee of Specialty Rolled Metals, Inc., | CIVIL DIVISION<br><br>CASE NO.: 2:20-cv-00023-MJH |
| Plaintiff, | |
| vs. | |
| NEEL TRUCKING, LLC, | |
| Defendant. | |

## PITTSBURGH LOGISTICS SYSTEMS' REQUEST FOR DEFAULT JUDGMENT

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

Upon the affidavit attached hereto, you will please enter judgment by default against NEEL TRUCKING, LLC, Defendant, in the above entitled action for **$30,050.34**, plus costs.

Respectfully submitted,

Dated: February 12, 2020

/s/ Christopher S. Manzi
Christopher S. Manzi
*cmanzi@pslogistics.com*
PITTSBURGH LOGISTICS SYSTEMS, INC.
3120 Unionville Road, Bldg.110, Ste. 100
Cranberry Township, PA 16066
Telephone: 724-814-8632
Fax: 724-814-5200

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PITTSBURGH LOGISTICS SYSTEMS, INC., on its own behalf and as assignee and subrogee of Specialty Rolled Metals, Inc., | CIVIL DIVISION<br><br>CASE NO.: 2:20-cv-00023-MJH |
| Plaintiff, | |
| vs. | |
| NEEL TRUCKING, LLC, | |
| Defendant. | |

### PITTSBURGH LOGISTICS SYSTEMS' AFFIDAVIT FOR DEFAULT JUDGMENT

**COMMONWELATH OF PENNSYLVANIA** )
                                                           )    §
**COUNTY OF BUTLER** )

Christopher S. Manzi, being duly sworn, says that he is the attorney for Plaintiff in the above-entitled action; that the amount due to Plaintiff from Defendant is **$30,050.34**, plus costs; and that Defendant is not a minor or incompetent person; that the default of the Defendant has been entered for failure to appear in the action; that the amount shown is justly due and owing and that no part thereof has been paid; and that the defendant is not in the military service of the United States.

_____
Christopher S. Manzi
*cmanzi@plslogistics.com*
PITTSBURGH LOGISTICS SYSTEMS, INC.
3120 Unionville Road, Bldg.110, Ste. 100
Cranberry Township, PA 16066
Telephone: 724-814-5027/8632
Fax: 724-814-5200

*Counsel for Plaintiff*

Sworn to and subscribed before me this 12 day of February, 2020.

_____
Notary Public

My commission expires: 2/12/21

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SANDRA DANIELLE MORSE
Notary Public
BUTLER TWP, BUTLER COUNTY
My Commission Expires Feb 12, 2021

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PITTSBURGH LOGISTICS SYSTEMS, INC., on its own behalf and as assignee and subrogee of Specialty Rolled Metals, Inc., | CIVIL DIVISION<br><br>CASE NO.: 2:20-cv-00023-MJH |
| Plaintiff, | |
| vs. | |
| NEEL TRUCKING, LLC, | |
| . Defendant. | |

## JUDGMENT

Defendant NEEL TRUCKING, LLC, having failed to plead or otherwise defend in this action, and default having been entered,

NOW, upon application of the Plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the sum of $30,050.34, that Defendant is not a minor or incompetent person and not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED, that Plaintiff recover of Defendant the sum of **$30,050.34** plus costs of this suit.

_____
Clerk

Dated: _____

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PITTSBURGH LOGISTICS SYSTEMS, INC., on its own behalf and as assignee and subrogee of Specialty Rolled Metals, Inc., | CIVIL DIVISION<br><br>CASE NO.: 2:20-cv-00023-MJH |
| Plaintiff, | |
| vs. | |
| NEEL TRUCKING, LLC, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Christopher S. Manzi, Esq., hereby certify that a true and correct copy of the foregoing Request for Default Judgment and Affidavit for Default Judgment was served via USPS First Class mail postage prepaid, this 12th day of February, 2020, upon the following:

NEEL TRUCKING, LLC
1513 Fran Lin Parkway
Munster, IN 46321

Dated: February 12, 2020

/s/ Christopher S. Manzi
Christopher S. Manzi
*cmanzi@plslogistics.com*
PITTSBURGH LOGISTICS SYSTEMS, INC.
3120 Unionville Road, Bldg.110, Ste. 100
Cranberry Township, PA 16066
Telephone: 724-814-8632
Fax: 724-814-5200

*Counsel for Plaintiff*