IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PITTSBURGH LOGISTICS SYSTEMS, INC., on its own behalf and as assignee and subrogee of Specialty Rolled Metals, Inc., | CIVIL DIVISION<br><br>CASE NO.: 2:20-cv-00023-MJH |
| Plaintiff, | |
| vs. | |
| NEEL TRUCKING, LLC, | |
| Defendant. | |

## DEFAULT **JUDGMENT**

Defendant NEEL TRUCKING, LLC, having failed to plead or otherwise defend in this action, and default having been entered,

NOW, upon application of the Plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the sum of $30,050.34, that Defendant is not a minor or incompetent person and not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED, that Plaintiff recover of Defendant the sum of $30,050.34 plus costs of this suit.

_____
Clerk

Dated: February 13, 2020